July 2, 1969

No. 69–26 In re Guadalupe Villarreal, PVT, U. S. Army.

Upon consideration of the averments of the "Petition" herein, from which it appears that no court-martial proceedings are pending or threatened against the petitioner but that he may be suffering from certain physicial infirmities which he believes will impair his ability to carry out military orders that may be given him in the course of anticipated duty in the Republic of Vietnam, and further that his parents are elderly, in ill-health, and may be in need of his presence, and upon consideration of petitioner's prayer for grant of a hardship discharge from the United States Army, It is

ORDERED by the Court that said "Petition" be, and the same is, hereby dismissed for lack of jurisdiction over the subject-matter thereof.

September 8, 1969

No. 69–42 Laurence M. Svirchev, PVT, U. S. Army v BG James T. Hollingsworth as Commanding General of Fort Jackson, South Carolina and MG Willard Pearson as Commanding General of Fort Lewis, Washington.

On consideration of the Petition filed in the above-entitled action, it appearing that no court-martial proceedings are pending or threatened against petitioner and, since the extraordinary jurisdiction conferred by the All Writs Act, 28 USC 1651, may be invoked only in aid of the exercise of our jurisdiction over court-martial cases properly before us or which may come here eventually (United States v Snyder, 18 USCMA 480, 40 CMR 192), it is, by the Court, this 8th day of September, 1969,

ORDERED that said Petition be, and the same is, hereby dismissed.